PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Aaron Knapp  **Case Number:** 2:14CR00347TSZ-001
**Name of Judicial Officer:** The Honorable Thomas S. Zilly, United States District Judge
**Date of Original Sentence:** 06/25/2015  **Date of Report:** 02/17/2023
**Original Offense:** Possession of Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** 120 months' custody; 4 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/27/2022
**Special Conditions Imposed:**

☒ Substance Abuse    ☒ Financial Disclosure    ☐ Restitution:
☒ Mental Health      ☐ Fine                    ☐ Community Service
☒ Other: Submit to search; disclose all assets; no new credit without prior permission; Moral Reconation Therapy

## NONCOMPLIANCE SUMMARY

I allege Aaron Knapp has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using fentanyl on or about the following dates, in violation of a mandatory condition of supervised release:<br>• December 27, 2022<br>• January 4, 2023<br>• January 12, 2023<br>• January 25, 2023<br>• February 7, 2023 |

*United States Probation Officer Action:*

On December 27, 2023, Mr. Knapp reported to the probation office for an intake interview, during which I reviewed the standard and special conditions of supervision. Mr. Knapp submitted to an initial drug test, that was presumptively positive for fentanyl. On January 3, 2023, I confronted Mr. Knapp regarding his positive drug test. During the conversation, he denied any drug use, but reported his wife is addicted to fentanyl and is working toward sobriety. Mr. Knapp argued his proximity to his wife must have resulted in his positive test. His initial drug test was submitted to the national laboratory for further testing, which confirmed for the presence of fentanyl.

On January 10, 2023, I had a second conversation with Mr. Knapp regarding the continued positive drug tests. Once again, he adamantly denied any drug use. Mr. Knapp stated he and his wife thoroughly cleaned their house and argued his tests will no longer test positive. However, Mr. Knapp submitted an additional two tests, again positive for the presence of fentanyl.

On January 20, 2023, I contacted Mr. Knapp at his residence where I spoke in-person with both he and his wife. It was explained to Mr. Knapp that any additional positive drug tests will not only risk his freedom, but also jeopardize his health. He was recently diagnosed with kidney cancer and underwent surgery to remove one of his kidney's. He is under the care of Fred Hutchinson Cancer Center, receiving regular immunotherapy treatments. Mr. Knapp was advised his wife may need to move out of the residence or seek inpatient treatment.

The Honorable Thomas S. Zilly, United States District Judge  Page 2
Report on Person Under Supervision  February 17, 2023

On February 15, 2023, I contacted Mr. Knapp and his wife at their residence. I explained to them Mr. Knapp's drug tests continue to test positive for fentanyl. In response, Mr. Knapp was directed to complete a substance abuse assessment to determine if he needs treatment. Moreover, I directed Mr. Knapp to have his wife move out of the residence to distance himself from her and encouraged her to seek treatment herself. I advised Mr. Knapp that continued positive drug tests will result in a request for Court action.

I consulted with Assistant United States Attorney Catherine Crisham, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions of admonishment, continued supervision, and a referral to for a substance use disorder evaluation.

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Monique D. Neal
 Chief United States Probation and Pretrial Services Officer

Executed on this 17th day of February, 2023.  BY:

Brieanne E. Olsen  Angela M. McGlynn
United States Probation Officer  Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

2/17/23
Date