PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

**Name:** Aaron Knapp  **Case Number:** 2:14CR00347TSZ-001
**Name of Judicial Officer:** The Honorable Thomas S. Zilly, United States District Judge
**Date of Original Sentence:** 06/25/2015  **Date of Report:** 01/03/2025
**Original Offense:** Ct 7: Possession of Methamphetamine with Intent Distribute; Ct 9: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** 60 months' custody on each count (consecutive); 4 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/22/2022
**Assistant United States Attorney:** Catherine Crisham  **Defense Attorney:** Nancy Tenney
**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☐ Restitution:
☒ Mental Health   ☐ Fine   ☐ Community Service
☒ Other: No new credit, Moral Reconation Therapy

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on October 2, 2024.

I allege Aaron Knapp has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4. | Using fentanyl on or about the following dates, in violation of a mandatory condition of supervised release:<br>• August 30, 2024<br>• September 9, 2024<br>• October 1, 2024<br>• October 25, 2024 |
| 5. | Using methamphetamine on or about the following dates, in violation of a mandatory condition of supervised release:<br>• August 30, 2024<br>• September 9, 2024 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

The Honorable Thomas S. Zilly, United States District Judge  Page 2
Supplemental Violation  January 3, 2025

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 3rd day of January, 2025. | BY: |
| *Brieanne G. Olsen* (signature)<br>Brieanne E. Olsen<br>United States Probation Officer | *Analiese D. Johnson* (signature)<br>Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_Thomas S. Zilly_ (signature)
Signature of Judicial Officer

January 3, 2025
Date