THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-347-TSZ |
| Plaintiff, | ) | |
| v. | ) | DEFENSE DISPOSITION MEMORANDUM |
| AARON KNAPP, | ) | |
| Defendant. | ) | |

Aaron Knapp, through counsel, submits this memorandum for consideration at the disposition hearing scheduled for January 16, 2025, at 10:00 a.m. At the hearing, Mr. Knapp will not contest the outstanding violations and requests the Court proceed to disposition.

At disposition, Mr. Knapp will request the Court follow the United States Probation Office's recommendation that he be continued on supervised release. As outlined in their recommendation, Mr. Knapp recently divorced his wife of many years due to the negative impacts her drug addiction was having on his life, and on the life of their young daughter. Mr. Knapp's wife is now living out of state and, due to their separation, he is now testing negative for all controlled substances. Especially given that he now is the sole provider and caretaker of his young daughter, Mr. Knapp is fully focused on moving forward in creating a safe and stable living environment for himself

DEFENSE DISPOSITION MEMORANDUM
(*United States v. Knapp*, CR14-347-TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  and his child. The recommended sentence allows him to continue that process with the
2  support and monitoring of the probation office.
3      DATED this 15th day of January 2025.

                                        Respectfully submitted,

                                        s/ *Nancy Tenney*
                                        Assistant Federal Public Defender
                                        Attorney for Aaron Knapp

DEFENSE DISPOSITION MEMORANDUM
(*United States v. Knapp*, CR14-347-TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**