PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

| | |
|---|---|
| **Name:** Aaron Knapp | **Case Number:** 2:14CR00347TSZ-001 |
| **Name of Judicial Officer:** The Honorable Thomas S. Zilly, United States District Judge | |
| **Date of Original Sentence:** 06/25/2015 | **Date of Report:** 06/06/2025 |
| **Original Offense:** Possession of Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime | |
| **Original Sentence:** 120 months' custody; 4 years' supervised release | |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 12/27/2022 |

**Special Conditions Imposed:**

☒ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution:
☒ Mental Health      ☐ Fine                    ☐ Community Service

☒ Other: submit to search; disclose all assets; no new credit without prior permission; Moral Reconation Therapy

## NONCOMPLIANCE SUMMARY

I allege Aaron Knapp has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol on or about the following dates, in violation of a special condition of supervised release:<br>• April 25, 2025<br>• June 2, 2025 |

Supporting Evidence: Mr. Knapp admitted he has consumed alcohol periodically, and understands he is not permitted to do so. Mr. Knapp advised he can abstain on his own volition. He will remain on the highest frequency testing.

United States Probation Officer Action:
☒ Increased frequency of testing
☒ Reprimand by probation officer

I consulted with Assistant United States Attorney Catherine Crisham, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 6th day of June, 2025. | BY: |
| *Brieanne E. Olsen* | *Analiese D. Johnson* |
| Brieanne E. Olsen<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable Thomas S. Zilly, United States District Judge | Page 2 |
| Report on Person Under Supervision | June 6, 2025 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

June 6, 2025
_____
Date