AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for
Western District of Washington

| United States of America | |
|---|---|
| v. | Case No. **2:14CR00347TSZ-001** |
| **Aaron Knapp** | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Aaron Knapp, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: Violations of conditions of supervision

Date: 8/6/2025

*Issuing officer's signature*

City and State: Seattle, WA

Carrie Smith, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/6/25, and the person was arrested on *(date)* 8/7/25
at *(city and state)* SEATTLE WA

Date: 8/7/25

*Arresting officer's signature*

Ryan Robles DUSM
*Printed name and title*