The Honorable Thomas S. Zilly

1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT FOR THE
       WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

10     UNITED STATES OF AMERICA,                 NO. CR14-347-TSZ

11                  Plaintiff,                   STIPULATED MOTION TO CONTINUE
                                                 SUPERVISED RELEASE
12                                               EVIDENTIARY HEARING

13             v.                                NOTE ON MOTION CALENDAR:
                                                 August 15, 2025
14     AARON KNAPP,

15                  Defendant.

16

17         The United States of America, by and through Teal Luthy Miller, Acting

18     United States Attorney for the Western District of Washington, and Catherine L.

19     Crisham, Assistant United States Attorney for said District, and Defendant Aaron Knapp

20     through his counsel Peter Geisness, hereby files this stipulated motion to continue the

21     supervised release evidentiary hearing that is currently scheduled for September 11,

22     2025, at 10:00 a.m.  In support thereof, the parties state as follows:

23         1.      Defendant Aaron Knapp is on supervised release in this district.  On August

24     4, 2025, Knapp was charged by complaint in this district with one count of Conspiracy to

25     Distribute Controlled Substances, in violation of 21 U.S.C. § 846, 841(a)(1) and

26     841(b)(1)(A), and one count of Possession with Intent to Distribute Controlled

27     Substances, in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A).  *See* 25-MJ-

STIPULATED MOTION TO CONTINUE
SUPERVISED RELEASE EVIDENTIARY HEARING
*U.S. v. Knapp;* CR14-327-TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    5306.  After learning of these charges, the Probation Office filed a violation report

2    alleging that Knapp violated the terms of his supervised release by committing a new law

3    violation.

4         2.      Knapp has denied all allegations.  An evidentiary hearing on the violations

5    is currently scheduled for September 11, 2025 at 10:00 a.m.

6         3.      The parties jointly ask the Court to continue the supervised release

7    evidentiary hearing to allow the newly filed case to proceed.

8         4.      Therefore, the parties jointly move the Court to continue the currently

9    scheduled evidentiary hearing to January 30, 2026.

10        DATED this 11th day of August, 2025.

11

12                                          TEAL LUTHY MILLER
                                            Acting United States Attorney

13

14                                          *s/ Catherine L. Crisham*
15                                          CATHERINE L. CRISHAM
                                            Assistant United States Attorney
16                                          United States Attorney's Office
                                            700 Stewart Street, Suite 5220
17                                          Seattle, Washington 98101-1271
                                            Phone: (206) 553-8451
18                                          E-mail: catherine.crisham@usdoj.gov

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO CONTINUE                              UNITED STATES ATTORNEY
SUPERVISED RELEASE EVIDENTIARY HEARING                     700 STEWART STREET, SUITE 5220
*U.S. v. Knapp;* CR14-327-TSZ - 2                          SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970