The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON KNAPP, <br><br> Defendant. | NO. CR14-347-TSZ <br><br> ORDER GRANTING MOTION TO CONTINUE SUPERVISED RELEASE EVIDENTIARY HEARING |

Before this Court is the parties' stipulated motion to continue the evidentiary hearing in this matter, which is currently scheduled for September 11, 2025, at 10:00 a.m. Having considered this motion, as well as the record and files herein, the Court hereby ORDERS that the evidentiary hearing in this matter be continued to **Thursday, January 29, 2026 at 10:00 a.m.**.

DATED this 18th day of August, 2025.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

PRESENTED BY:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

ORDER GRANTING MOTION TO CONTINUE SUPERVISED
RELEASE EVIDENTIARY HEARING /
*U.S. v. Knapp*, CR14-347-TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970